UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELITA WILLOUGHBY | : | NO.: 3:14CV608 |
| | : | |
| VS. | : | |
| | : | |
| YALE UNIVERSITY | : | MAY 5, 2014 |

# <u>A P P E A R A N C E</u>

Please enter the appearance of JOHN R. WILLIAMS, 51 Elm Street, New

Haven, Connecticut 06510; Telephone: 203.562.9931; Facsimile: 203.776.9494;

Email: jrw@johnrwilliams.com; Federal Bar No. ct00215; on behalf of the plaintiff

in this matter.


THE PLAINTIFF


BY: _____/s/_____
        JOHN R. WILLIAMS
        Federal Bar No. ct00215
        51 Elm Street
        New Haven, CT 06510
        (203) 562-9931
        Fax:  (203) 776-9494
        E-Mail: jrw@johnrwilliams.com