# UNITED STATES DISTRICT COURT
## for the
### District of Connecticut

_____
*Plaintiff*

v.                                    Case No. _____

_____
*Defendant*

## Identification of Initial Discovery Protocol for Employment Cases

To:   The Clerk of Court and all parties of record

   The Initial Discovery Protocol does not apply to this case.

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

Rev. 1/28/13