## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | : | |
| MELITA WILLOUGHBY | : | NO. 3:14CV608 (XH) |
| | : | |
| PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | MAY 8, 2014 |
| DEFENDANT | : | |
| | : | |

### <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Patrick M. Noonan as attorney for Yale University in the above-entitled matter.

DEFENDANT
YALE  UNIVERSITY


/s/
By:_____
PATRICK M. NOONAN – CT00189
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park, Suite 306
741 Boston Post Road
Guilford, CT   06437
Telephone:  (203) 458-9168
Fax:  (203) 458-4424
Email:  pnoonan@ddnctlaw.com

## **CERTIFICATION**

I hereby certify that on May 8, 2014, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic mail.  Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/

_____

PATRICK M. NOONAN