UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELITA WILLOUGHBY : | CIVIL ACTION NO. |
| : | 3:14CV608 (JCH) |
| PLAINTIFF : | |
| : | |
| v. : | |
| : | |
| YALE UNIVERSITY : | |
| : | MAY 19, 2014 |
| DEFENDANT : | |

**DEFENDANT YALE UNIVERSITY'S CORPORATE DISCLOSURE STATEMENT**

The Defendant Yale University hereby discloses pursuant to Fed. R. Civ. P. 7.1 that it is not a stock corporation and no publicly held company owns any shares of the defendant.

THE DEFENDANT
YALE UNIVERSITY

By:_____/s/_____
PATRICK M. NOONAN – CT00189
Donahue, Durham & Noonan, P.C.
Concept Park, Suite 306
741 Boston Post Road
Guilford, CT  06437
Telephone:  (203) 458-9168
Fax:  (203) 458-4424
Email:  pnoonan@ddnctlaw.com

## **CERTIFICATION**

I hereby certify that on May 19, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic mail. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____<br>
PATRICK M. NOONAN