UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELITA WILLOUGHBY | : | |
| | : | |
| VS. | : | NO. 3:14cv608(JCH) |
| | : | |
| YALE UNIVERSITY | : | SEPTEMBER 3, 2014 |

## STATUS REPORT

**A**  ***FORMULATING AND SIMPLIFYING ISSUES***

Not necessary in this case.

**B**  ***AMENDING THE PLEADINGS***

Not requested.

**C**  ***OBTAINING ADMISSIONS AND STIPULATIONS***

Current discovery orders are sufficient to cover this.

**D**  ***AVOIDING UNNECESSARY AND CUMULATIVE EVIDENCE***

Not an issue in this case.

**E**  ***APPROPRIATENESS AND TIMING OF SUMMARY JUDGMENT***

Current scheduling order is satisfactory.

**F**  ***STATUS OF DISCOVERY***

The defendant has scheduled the plaintiff's deposition. There has been

no other discovery undertaken as of this date.

**G     SCHEDULING THE FILING AND EXCHANGE OF BRIEFS, ETC.**

Current scheduling order is satisfactory.

**H     REFERRAL TO MAGISTRATE JUDGE**

Not appropriate at this time.

**I     SETTLEMENT**

The plaintiff is interested in discussing settlement.  However, the defendant probably would prefer to wait until after the plaintiff has been deposed.

**J     FORM AND CONTENT OF PRETRIAL ORDER**

The current order is satisfactory.

**K     PENDING MOTIONS**

None.

**L     SPECIAL PROCEDURES FOR COMPLEX LITIGATION**

This is not a complex case.

**M     SEPARATE TRIALS**

Not appropriate in this case.

**N     REORDERING THE PRESENTATION OF EVIDENCE**

Not necessary in this case.

**O     TIME LIMITS FOR PRESENTATION OF EVIDENCE**

Not an issue in this case.

***P   OTHER***

    N/A

                THE PLAINTIFF

            BY:        /s/      (ct00215)
                JOHN R. WILLIAMS (ct00215)
                51 Elm Street
                New Haven, CT 06510
                203-562-9931
                Fax: 203-776-9494
                jrw@johnrwilliams.com
                Her Attorney

<u>CERTIFICATION OF SERVICE</u>

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                /s/
            JOHN R. WILLIAMS