UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MELITA WILLOUGHBY          :
                           :
VS.                        :          NO. 3:14cv608(JCH)
                           :
YALE UNIVERSITY            :          NOVEMBER 26, 2014

## STATUS REPORT

### A    FORMULATING AND SIMPLIFYING ISSUES

Not necessary in this case.

### B    AMENDING THE PLEADINGS

Not requested.

### C    OBTAINING ADMISSIONS AND STIPULATIONS

Current discovery orders are sufficient to cover this.

### D    AVOIDING UNNECESSARY AND CUMULATIVE EVIDENCE

Not an issue in this case.

### E    APPROPRIATENESS AND TIMING OF SUMMARY JUDGMENT

Current scheduling order is satisfactory.

### F    STATUS OF DISCOVERY

Because of the busy trial schedule of defense counsel, the plaintiff's

1

deposition has not yet taken place.  Written discovery requests have been served upon the plaintiff and will be responded to shortly.

**G**     ***SCHEDULING THE FILING AND EXCHANGE OF BRIEFS, ETC.***

Current scheduling order is satisfactory.

**H**     ***REFERRAL TO MAGISTRATE JUDGE***

Not appropriate at this time.

**I**      ***SETTLEMENT***

The plaintiff is interested in discussing settlement.  However, the defendant probably would prefer to wait until after the plaintiff has been deposed.

**J**      ***FORM AND CONTENT OF PRETRIAL ORDER***

The current order is satisfactory.

**K**     ***PENDING MOTIONS***

None.

**L**     ***SPECIAL PROCEDURES FOR COMPLEX LITIGATION***

This is not a complex case.

**M**     ***SEPARATE TRIALS***

Not appropriate in this case.

**N**     ***REORDERING THE PRESENTATION OF EVIDENCE***

Not necessary in this case.

***O***      ***TIME LIMITS FOR PRESENTATION OF EVIDENCE***

Not an issue in this case.

***P***      ***OTHER***

N/A

THE PLAINTIFF


BY:_____/s/_____(ct00215)_____
          JOHN R. WILLIAMS (ct00215)
          51 Elm Street
          New Haven, CT 06510
          203-562-9931
          Fax:  203-776-9494
          jrw@johnrwilliams.com
          Her Attorney


CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


_____/s/_____
JOHN R. WILLIAMS