UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELITA WILLOUGHBY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>YALE UNIVERSITY,<br><br>　　　　　　Defendant. | Case No.:  14 Civ. 0608 (JCH)<br><br>**ECF CASE**<br><br><br><br>January 19, 2015 |

## MOTION TO MODIFY SCHEDULING ORDER

　　　　Defendant Yale University ("Yale") respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Civil Rules of this Court, to modify the Scheduling Order entered in this matter on June 3, 2014 (the "Scheduling Order").  (ECF No. 14.)  Specifically, Yale requests that the Court extend the time for all parties:  (1) to complete discovery, from March 1, 2015 to May 1, 2015; (2) to file dispositive motions, from April 1, 2015 to August 1, 2015; and (3) to file their Joint Trial Memorandum, from April 1, 2015 to October 1, 2015.  Yale's counsel has inquired of Plaintiff Melita Willoughby's counsel, Attorney John R. Williams, and he does not object to the requested modifications.  This is Yale's first motion with respect to any of the time limitations set forth in the Scheduling Order.

　　　　As set forth more particularly below, good cause exists to grant this motion for the following reasons:  (a) Yale's counsel's upcoming trial schedule, scheduled court appearances, filing deadlines and other professional obligations may interfere with the parties' ability to complete the as-scheduled deposition of Plaintiff by the March 1, 2015 deadline; and (b) Yale's counsel has not yet received Plaintiff's damages analysis, supplemental interrogatory responses, and completed document production, which Yale's counsel must receive prior to the deposition

in order to conduct an effective examination of Plaintiff.  In further support of this application, the undersigned states as follows:

1.  Plaintiff initiated this action by Summons and Complaint filed May 5, 2014, and Yale filed its Answer with Special Defense on May 19, 2014.

2.  The parties submitted their Joint Report on their Rule 26(f) discovery planning meeting on May 26, 2014.

3.  On June 3, 2014, the Court issued its Scheduling Order, which requires all parties (1) to complete discovery by March 1, 2015, (2) to file dispositive motions by April 1, 2015, and (3) to file their Joint Trial Memorandum by April 1, 2015 (or 30 days after the entry of a ruling on summary judgment motions, whichever is later).  (ECF No. 14.)

4.  The parties thereafter promptly commenced, and diligently pursued, discovery in a good faith effort to comply with the March 1, 2015 deadline set forth in the Scheduling Order.

5.  On June 10, 2014, Yale's counsel initially noticed the deposition of Plaintiff to take place on November 25, 2014.  On October 3, 2014, a scheduling conflict occasioned by a trial in another matter caused Yale's counsel to have to cancel and reschedule the deposition.

6.  On December 18, 2014, Yale's counsel re-noticed the deposition of Plaintiff to take place on February 10, 2015.  Unfortunately, Yale's counsel is now scheduled to be on trial on February 10, 2015.

7.  Yale's counsel's trial schedule, presently scheduled court appearances, filing deadlines and other professional obligations may interfere with the parties' ability to complete the deposition of Plaintiff by the March 1, 2015 deadline set forth in the Scheduling Order.

8. In addition, Yale propounded interrogatories and requests for production upon Plaintiff and received, on December 11, 2015, Plaintiff's interrogatory responses and document production.

9. However, Plaintiff has not yet served Yale with Plaintiff's damages analysis, as required by the Scheduling Order. Yale has requested the same. (Ex. A, Ltr. from B. Dubin to J. Williams (Jan. 8, 2015).)

10. Yale has also requested that Plaintiff supplement certain of her responses to Yale's interrogatories and produce certain documents concerning those interrogatories that have not been produced to date. (Ex. B, Ltr. from B. Dubin to J. Williams (Jan. 16, 2015).)

11. Certain of Plaintiff's responses to Yale's requests for production indicate that Plaintiff intends to supplement the documents she has already produced with "others to be provided." Yale's counsel has requested that Plaintiff produce these documents. (Ex. C, Email from J. Flynn to J. Williams (Jan. 15, 2015).)

12. Yale's counsel needs to receive Plaintiff's damages analysis, supplemental interrogatory responses, and completed document production prior to Plaintiff's deposition in order to conduct an effective examination of Plaintiff.

13. Moreover, facts revealed during Plaintiff's deposition may require Yale's counsel to propound additional, though limited discovery. Yale's counsel does not presently anticipate the need to do so, but cannot be certain whether additional discovery will be necessary prior to the completion of Plaintiff's deposition.

14. Yale's counsel has inquired of Plaintiff's counsel, Attorney John R. Williams, and he does not object to the requested modifications.

15. This is Yale's first motion with respect to any of the time limitations set forth in the Scheduling Order.

16. Neither party to this action will be prejudiced by extending the time for the parties to complete discovery, file dispositive motions, and file their Joint Trial Memorandum, because the requested extensions will apply equally to both parties.

17. This matter has not been scheduled for trial.

WHEREFORE, Yale respectfully requests that the Court modify the Scheduling Order to extend Yale requests that the Court enter an order modifying the Scheduling Order to extend the time for all parties:  (1) to complete discovery, from March 1, 2015 to May 1, 2015; (2) to file dispositive motions, from April 1, 2015 to August 1, 2015; and (3) to file their Joint Trial Memorandum, from April 1, 2015 to October 1, 2015 (or 30 days after the entry of a ruling on summary judgment motions, whichever is later).

Dated:  Guilford, Connecticut
        January 19, 2015

>                        Respectfully submitted,
>
>                        DONAHUE, DURHAM & NOONAN, P.C.
>
>
>                        By:  /s/  Brock T. Dubin
>                             Brock T. Dubin (CT1877)
>                             741 Boston Post Road, Suite 306
>                             Guilford, Connecticut 06437
>                             Tel:  203.458.9168
>                             Fax:  203.458.4424
>                             Email:  bdubin@ddnctlaw.com
>
>                        *Attorneys for Defendant Yale University*

4

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing Motion to Modify Scheduling Order was filed electronically. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                               /s/ Brock T. Dubin
                                                           BROCK T. DUBIN