**EXHIBIT A**


nav

nav

# DONAHUE, DURHAM & NOONAN, P.C.

Brock T. Dubin*†‡
Extension 115
bdubin@ddnctlaw.com
*Also admitted in New York and
The District of Columbia
†Board Certified Civil Trial Advocate
 By the National Board of Trial Advocacy
‡Board Certified Civil Pretrial Practice
Advocate by the National Board of Civil
Pretrial Practice Advocacy

Concept Park
741 Boston Post Road
Suite 306
Guilford, CT  06437
Tel  (203) 458-9168
Fax (203) 458-4424

January 8, 2015

John R. Williams, Esq.
51 Elm Street
New Haven, CT 06510
jrw@johnrwilliams.com

Re:     <u>Melita Willoughby v. Yale University</u>

Dear Attorney Williams:

     Pursuant to the scheduling orders, a damage analysis was to be filed on or before September 15, 2014.  I note that no such damage analysis has yet been supplied.  Could you forward to me a damage analysis at your earliest possible convenience.

                              Very truly yours,

                              Brock T. Dubin

BTD/kjd