# EXHIBIT B

# DONAHUE, DURHAM & NOONAN, P.C.

Brock T. Dubin*†‡
Extension 115
bdubin@ddnctlaw.com
*Also admitted in New York and
The District of Columbia
†Board Certified Civil Trial Advocate
 By the National Board of Trial Advocacy
‡Board Certified Civil Pretrial Practice
Advocate by the National Board of Civil
Pretrial Practice Advocacy

Concept Park
741 Boston Post Road
Suite 306
Guilford, CT  06437
Tel  (203) 458-9168
Fax (203) 458-4424

January 16, 2015

John R. Williams, Esq.
51 Elm Street
New Haven, CT 06510

Re:     <u>Melita Willoughby v. Yale University</u>

Dear Attorney Williams:

    Thank you for your responses to Interrogatories and Request for Production dated December 11, 2014.  I am writing this letter to request that you supplement your response to Interrogatory No. 3.

    Interrogatory 3c asks your client to describe in detail each item of damage she is claiming in this lawsuit.  Her response references unspecified lost wages, attorney's fees, costs, emotional distress, yearly raises and free medical insurance for life.  Kindly identify the total sums of any claimed economic damages.

    Interrogatory 3d asks your client to describe the method by which she calculates each item of damage.  Could you kindly supplement your response and identify the specific amount of your client's claimed damages.

    Finally, your client's response references pay stubs and other benefit documents which she relies on to calculate her lost wages however no such documents have been provided.  Kindly provide this information forthwith.

    I note your client's deposition is scheduled for February 10, 2015.  I will require this information in advance of the deposition.

                                Very truly yours,

                                Brock T. Dubin

BTD/aml