# EXHIBIT C

**From:** James Flynn
**Sent:** Thursday, January 15, 2015 11:41 AM
**To:** jrw@johnrwilliams.com
**Subject:** Willoughby v. Yale

John,

Thanks for speaking with me this morning and agreeing to the modifications to the scheduling order we discussed. I neglected to ask you about Ms. Willoughby's December 11, 2014 Response to Defendant's Interrogatories and Requests for Production, specifically responses to RFPs 1, 3 and 4, which state that Ms. Willoughby intends to supplement the documents she produced with "others to be provided." Please let me know whether we should expect to receive additional documents, and, if so, please produce them.

Thanks,

Jim

---

James D. Flynn

Donahue, Durham & Noonan, P.C.
741 Boston Post Road, Suite 306
Guilford, Connecticut 06437
Tel:  203.458.9168 ext. 104
Fax:  203.458.4424
Email:  jflynn@ddnctlaw.com
http://ddnctlaw.com/

This communication may contain information that is legally privileged, confidential, or exempt from disclosure.  If you are not the intended recipient, please be advised that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this message in error, please notify the sender immediately by telephone or reply e-mail and delete the original and any copy from your computer.  Thank you.