UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELITA WILLOUGHBY | : | CIVIL ACTION NO. |
| | : | 3:14CV608 (XH) |
| PLAINTIFF | : | |
| v. | : | |
| YALE UNIVERSITY | : | |
| DEFENDANT | : | MARCH 13. 2015 |

## REQUEST TO WITHDRAW APPEARANCE

The undersigned counsel, on behalf of defendant, Yale University, hereby respectfully requests the Court to withdraw the appearance of Patrick M. Noonan as counsel for said defendant. The reason for said request is that Attorney Brock T. Dubin is now appearing for Yale University.

DEFENDANT
YALE UNIVERSITY

By: /s/ Patrick M. Noonan   CT00189
Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
Concept Park, Suite 306
741 Boston Post Road
Guilford, CT   06437
Telephone:  (203) 458-9168
Fax:  (203) 458-4424
Email:  pnoonan@ddnctlaw.com

## **CERTIFICATION**

      I hereby certify that on March 13, 2015, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic mail. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                             /s/
                                         PATRICK M. NOONAN