UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELITA WILLOUGHBY | : | NO. 3:14CV608 (XH) |
| PLAINTIFF | : | |
| v. | : | |
| YALE UNIVERSITY | : | JULY 9, 2015 |
| DEFENDANT | : | |

## JOINT STATUS REPORT

In accordance with the Court's Scheduling Order Regarding Case Management Plan filed on June 3, 2014, [Doc. No. 14], the parties hereby respectfully submit the following joint status report in the above referenced matter as follows:

The pleadings in this matter are closed.  Defendant having filed an Answer and Special Defenses on May 19, 2014.  [Doc No. 12].

Formal written discovery between the parties is complete.

The deposition of the plaintiff commenced on February 10, 2015 and was continued on May 21, 2015.  The deposition of the plaintiff is not complete as the plaintiff requested that her deposition be suspended in light of ongoing back pain.  The deposition has not yet been rescheduled as the plaintiff requires surgery.

The defendant will be filing a Motion for Summary Judgment on or before August 1, 2015. The defendant represents that it does not require any further deposition testimony from the plaintiff to prepare and file its Motion for Summary Judgment.

In the event the defendant's Motion for Summary Judgment is denied the plaintiff, with the court's permission and consent, will make herself available prior to trial so defendant can conclude her deposition.

PLAINTIFF MELITA WILLOUGHBY

BY: _____/s/_____ (ct00215)_____
JOHN R. WILLIAMS
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
jrw@johnrwilliams.com

DEFENDANT
YALE UNIVERSITY

/s/
By: _____ct18777_____
BROCK T. DUBIN
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park, Suite 306
741 Boston Post Road
Guilford, CT 06437
Telephone: (203) 458-9168
Fax: (203) 458-4424
Email: bdubin@ddnctlaw.com

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                                          /s/ (ct18777)

                                                                                         Brock T. Dubin