UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELITA WILLOUGHBY | CIVIL ACTION NO. |
| PLAINTIFF | 3:14CV608 (XH) |
| v. | |
| YALE UNIVERSITY | |
| DEFENDANT | JULY 27, 2015 |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant hereby moves for summary judgment as to the plaintiff's complaint on the ground that it fails to state a claim for retaliation under Title VII because the plaintiff did not engage in a protected activity, there is no causal connection between the complaints which arguably could constitute protected activity and her termination, and retaliation was not the but-for cause of the plaintiff's termination. The accompanying memorandum of law supports this motion.

DEFENDANT
YALE UNIVERSITY


By: /s/ ct18777
BROCK T. DUBIN (ct18777)
COLLEEN NOONAN DAVIS (ct27773)
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park, Suite 306
741 Boston Post Road
Guilford, CT 06437
Telephone: (203) 458-9168
Fax: (203) 458-4424
Email: bdubin@ddnctlaw.com

## CERTIFICATION

I hereby certify that on July 27, 2015, a copy of the foregoing Defendant's Motion for Summary Judgment was filed electronically and served by mail on anyone unable to accept electronic mail. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
BROCK T. DUBIN