UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELITA WILLOUGHBY | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:14CV608 (XH) |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| DEFENDANT | : | |
| | : | JULY 21, 2015 |

### AFFIDAVIT OF DANIEL KILLEN

I, Daniel Killen, being duly sworn, depose and say that:

1.      I am over the age of eighteen years and believe in the obligation of an oath.

2.      I make this affidavit of my own personal knowledge and in support of Yale University's motion to dismiss.

3.      I am employed by Yale University as the Director of Security Operations.

4.      I was the Director of Security Operations during the time that Melita Willoughby was employed by Yale University as a Security Officer.

5.      A true and accurate copy of the December 6, 2010 letter terminating Melita Willoughby's employment is attached hereto as Exhibit A.

6.      A true and accurate copy of the September 25, 2010 e-mail from Paul Gallipoli to Daniel Killen, Francisco Ortiz, and Rick Maffei is attached hereto as Exhibit B.

7.     A true and accurate copy of the October 1, 2010 e-mail from Thomas Helland to Richard Nucci, Paul Gallipoli, Daniel Killen, and Francisco Ortiz is attached hereto as Exhibit C.

8.     A true and accurate copy of the October 6, 2010 e-mail from Richard Nucci to Daniel Killen, Francisco Ortiz, and Kristen Albis is attached hereto as Exhibit D.

9.     A true and accurate copy of the October 29, 2010 e-mail from Paul Gallipoli to Kristen Albis and Richard Nucci is attached hereto as Exhibit E.

10.     A true and accurate copy of the December 7, 2010 e-mail from Richard Nucci to Daniel Killen is attached hereto as Exhibit F.

11.     A true and accurate copy of the November 9, 2010 30 Day Employee Performance Review is attached hereto as Exhibit G.

12.     A true and accurate copy of the November 11, 2010 letter from Richard Nucci to Melita Willoughby is attached hereto as Exhibit H.

13.     A true and accurate copy of the November 20, 2010 e-mail from Paul Gallipoli to Francisco Ortiz, Daniel Killen, and Kristen Albis is attached hereto as Exhibit I.

14.     A true and accurate copy of the November 30, 2010 e-mail from Paul Gallipoli to Daniel Killen and Kristen Albis is attached hereto as Exhibit J.

Dated at New Haven, Connecticut this 21 th day of July, 2015.

<span>_____</span>
**Daniel Killen**

STATE OF CONNECTICUT          )
                             ) ss. New Haven
COUNTY OF NEW HAVEN           )


Subscribed and sworn to before me this 21 th day of July, 2015.


<span>_____</span>
Notary Public

Mary E. Evans
Notary Public
State of Connecticut
My Commission Expires
May 31, 2010. 2020

DEFENDANT
YALE  UNIVERSITY


/s/
By:_____ct18777_____
BROCK T. DUBIN (ct18777)
COLLEEN NOONAN DAVIS (ct27773)
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park, Suite 306
741 Boston Post Road
Guilford, CT   06437
Telephone:  (203) 458-9168
Fax:  (203) 458-4424
Email:  bdubin@ddnctlaw.com

## **CERTIFICATION**

I hereby certify that on _____, 2015, a copy of the foregoing Affidavit of Daniel Killen was filed electronically and served by mail on anyone unable to accept electronic mail.  Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____/s/_____

BROCK T. DUBIN

# EXHIBIT A

# Yale University

University Security Programs
P.O. Box 208006
Quad I
100 Church St South
New Haven, Connecticut

Telephone: 203-436-4393

December 6, 2010

Melita Willoughby
466 Carrington Road
Bethany, CT 06524

Dear Melita:

I am, by this letter, notifying you that your employment with Yale University during your probationary period is terminated, effective today, December 6, 2010. This decision was made based on the evaluation of your performance as Security Officer I.

You will be paid through today. Your health and dental insurance will continue through the end of January 2011. You may continue your health insurance benefits through direct payment to the Benefits Office through a COBRA plan. Materials concerning this option will be mailed to you or you may call the Benefits Office at 432-5550. We will mail your final check along with your unemployment compensation slip to your home address.

Please contact your Human Resources Generalist, Kristen Albis, at 436-5308 if you have any questions.

Sincerely,

Francisco Ortiz
Director, Security Officer Operations

# EXHIBIT B

**From:** Gallipoli, Paul
**Sent:** Saturday, September 25, 2010 4:37 AM
**To:** Killen, Daniel; Ortiz, Francisco; Maffei, Rick
**Subject:** Transit Complaint

On Friday 9-24-10 at approx 2315hrs Melita Willoughby while driving transit, was in the process of making a pick up for a passenger from the school of nursing. I pulled alongside of her car as she wanted to ask me a question. A student who was being picked up and on the manifest as a flag stop who's name was Aseseh Faraz Net ID# AF332. Started to approach the vehicle. Melita asked her for her name. The student started to tell Melita that she was not the original passenger but was another rider who called into Transit for a ride and transit ok'D For her to join the other rider. Malita stated in front of me in a rather rude and unprofessional manner using unpleasant hand movements that she knows how to read her manifest and told the passenger to have a seat in the vehicle. I had planned to discuss this with Melita, but did not feel it was appropriate as the passengers were present. I received a call on my cell phone from Asesesh stating that she wanted to make a complaint against the driver for being so rude. She stated she has used the transit system for years and has never had an experience like that before. Asesesh said she also tried to ask melita if she was having a bad day as she was having one also which maybe did not sit well with Melita. She also said they were trying to help her with directions as she missed the street as well as not wanting to drop her in front of her address , but rather down the street and that also did not go over well. She said she did not want to be picked up by Melita ever again when requesting a ride. I told Aseseh that as I was not in the vehicle for the ride home to her destination, but I had to agree that Malita's conduct that I observed at her pick up location was not acceptable. I did explain that Melita was new to the position and was performing a high call volume, but that was still did not warrant her conduct. I told her I would speak to Melita and address the issue. I obtained Aseseh's phone number 206-724-7795 in case on needed to contact her again. Asesesh was sorry to have to report this to me but was satisfied I would resolve the issue. I told her to please continue to use the transit system as it is a great service. I again apologized to her for the bad experience. I spoke to Malita at shifts end as not to distract her from driving for the rest of the evening. I explained the situation as told by Asesesh and stated that what I observed at the pick up location was her being very rude to the passenger. Melita stated how stressful and overwhelming driving is on very busy nights. She stated that she did not realize she was acting in that manner and it was a combination of the busy night and having to wait to use the restroom as call volume was high. She disagreed with not wanting to drop them at their door step and that as far as the passengers giving directions, they wanted her to make a u-turn in the middle of the road, which Melita refused to do. Melita stated she was going to talk to Francisco regarding driving. I told her all of us have open door policies and she should feel free to speak to him. Melita then left for the evening. I received a call from Melita about 20 minutes later with melita stating that she thought about the situation and should not have been so abrupt when talking to the passengers and that was not like her to act that way. She also stated that passengers who call in complaints should tell the whole story when complaining (like wanting her to take a u-turn). She thanked me for waiting until shifts end to talk to her as she was upset at the whole situation.

Please advise on how to proceed as this is the 1st complaint I have dealt with.------PG

Paul Gallipoli
Security Supervisor
Yale University
100 Church Street South
New Haven, CT 06520
Work 203-737-1470
Cell 203-675-8598

# EXHIBIT C

-----Original Message-----
From: Helland, Thomas
Sent: Friday, October 01, 2010 1:55 PM
To: Nucci, Richard; Gallipoli, Paul
Cc: Killen, Daniel; Ortiz, Francisco
Subject: RE: Willoughby Probation

I received a phone call Saturday nite roughly 2115 hours from transit dispatch McCormick. He said he was sorry but this was his first chance to call me. The 7pm driver had not shown up for work. I immediately called M. Willoughby via cell and asked her if she was working tonite. She said she was in car 6 outside of PWG awaiting her first call of the night. I asked her if transit dispatch knew she was here and she said she called in on the radio although they never responded to her. She then stammered saying she would call them now and get her rides in order. I relayed this information to Paul at shift change. Paul shared another experience with M. Willoughby as well.

t

# EXHIBIT D

**Albis, Kristen**

| | |
|---|---|
| From: | Nucci, Richard |
| Sent: | Wednesday, October 06, 2010 7:01 PM |
| To: | Killen, Daniel; Ortiz, Francisco |
| Cc: | Albis, Kristen |
| Subject: | Melita Willoughby Counseling |
| | |
| Importance: | High |
| Sensitivity: | Confidential |

Dan/Cisco,

On Thursday, September 30th, I received an irate telephone call from Melita Willoughby regarding a Transit vehicle not be located at 100 Church Street South. She was very rude over the telephone and I explained to her that due to our current vehicle situation, a car may not always be located at 100 Church Street and she should travel to 79 Howe Street to find a vehicle. This was at 7:00pm and she stated "now I have to fight the traffic to come all the way over there." I pulled her aside a few hours later to discuss her conduct. During this counseling session, I reiterated the vehicle situation is not always ideal for the department due to our having less vehicles now. She was also not pleased with the fact that I was making vehicles available (unless they were needed for Transit) to Med. School Patrol and Cross Campus Bike personnel on nights where inclement weather was an issue or in other cases where the use of a vehicle was more practical. I informed her I didn't require her consent to make operational decisions and Car #15 was at 79 Howe unassigned and waiting for her.

During our conversation, she continuously stated "I'm just going to wait until my 90 days are up before blowing the lid on this place" and she cited prior conflicts with supervisors and other security officers, in particular Peter Leonardo and Bill Hewitt. She claims both individuals were previously assigned by the "leads" to post check her. She has a great deal of resentment for both individuals and even went so far as to claim Pete Leonardo was "into Nazi practices." She claimed a friend of hers also had a complaint regarding an encounter with Pete recently. I asked her to have the friend contact either me or Dan Killen and we would take appropriate action based upon facts and specific details.

On Friday, October 1st, Melita returned to work and asked to speak with me. I agreed and she proceeded to inform me that she (at the request of her husband) would like to "forget all about last night." She then proceeded to complain about Peter Leonardo and bring up prior issues that I could neither confirm or deny had occurred. As with the prior night, I asked her to "let go of past occurrences" and focus on the future and her new position. I also reminded her that she was in a probationary period, we would be writing a performance evaluation on her conduct soon and her behavior was inappropriate. She then requested that I "forget these conversations occurred." I informed her I could not do so, that she should focus on her own performance and not become consumed with the actions of her peers. I also informed her I would act upon any inappropriate actions exhibited by either her or other officers. At that point she stated her personal vehicle was in jeopardy parking at Howe Street because Peter Leonardo "has trashed people's cars" in the past. Again, I have no evidence to substantiate this statement. She also stated Cisco Ortiz, Danny Killen and our supervisors (including myself) are running a "good old boys club." When I challenged her on this allegation and asked for specifics, she stated "I didn't mean you" but offered no evidence or facts to support her statement. Melita also stated she decided not involve her friend and the complaint against Pete that she brought to my attention the prior night. I informed her, since this friend would not come forward, that I was considering the matter closed.

Tom Helland forwarded over the following. I was also informed by Transit Dispatcher Paul Sarno that Mellita had a "confrontation" with Transit Dispatcher Manny Rivera (no other details were provided). In addition, Tom indicated Paul Gallipoli and he experienced an issue involving Melita and a student.

Tom Helland Narrative: *I received a phone call Saturday nite roughly 2115 hours from transit dispatch McCormick. He said he was sorry but this was his first chance to call me. The 7pm driver had not shown up for work. I immediately called M. Willoughby via cell and asked her if she was working tonight. She said she was in car 6 outside of PWG awaiting her first call of the night. I asked her if transit dispatch knew she was here and she said she called in on the radio although they never responded to her. She then stammered saying she would call them now and get her rides in order. I relayed this information to Paul at shift change. Paul shared another experience with M. Willoughby as well.*

Tonight, Wednesday October 6th, I noted obvious conflict between Melita and Pete during the 6:00pm Roll Call. This occurred after Pete said "hello" to her and she replied "now you are saying hello to me. What brought this on?" Pete

stated he "liked to be consistent" and Melita informed him she liked "inconsistency." At that point I asked the entire room for silence since the roll call was beginning.

I spoke with Kristin tonight and we are going to meet with Melita on Thursday prior to her shift start up. I will inform Melita this evening.

Regards,

Rich

Richard Nucci, CPP
Supervisor – Guard Operations
Yale University Security
Office: 203-436-9145
Cellular: 203-627-0547

# EXHIBIT E

**Albis, Kristen**

| | |
|---|---|
| From: | Gallipoli, Paul |
| Sent: | Friday, October 29, 2010 10:14 PM |
| To: | Albis, Kristen |
| Cc: | Nucci, Richard |
| Subject: | Melita Willoughby |

Just an FYi

Kristen\ Rich

Just want to update you both on a brief conversation I had with Melita on Oct 23, 2010 (Fri or Sat). On this night while walking in front on Davenport college I was stopped by Melita Willoughby who was making a transit pick up near that location. I said hello to her and she immediately started to engage me in conversation. Melita stated that she is upset with transit dispatchers but especially Manny Rivera in transit dispatch. Melita told me she was going right to Management with her dissatisfaction on how the dispatchers treat her. Melita took out her cell phone and showed me a snapshot of her MDT Dispatch device with a picture of an address number for a pick up location that she was given as a call on a previous night. Melita stated that the address she was traveling to for the pick up did not exist and that Manny punched in the address number of (the address numbers were closely related- like # 15 instead of # 155 ) and sent her to a false location. Melita sounded like she believed the dispatch was trying to make her late for pick-ups. I told her that the address numbers were probably just punched in the MDT wrong as the it was obvious the numbers were so closely related. I expressed that it is very busy in transit and things like this sometimes happen. Melita stated she was going to management to let them know what was going on. I am writing this to inform you that most contacts with Melita are negative on her part and she seems to think that things are being done purposefully to make her fail. I do not think this is the case as, I monitor the transit dispatch radio at night and though the conversation is some time rushed and brief , this is due to the call volume on the weekends and is not done with negative intentions. I believe Melita has adjusted pretty well to the driving portion of Transit but her constant negative attitude is starting to become monotonous.

Paul Gallipoli
Security Supervisor
Yale University
100 Church Street South
New Haven, CT 06520
Work 203-737-1470
Cell 203-675-8598

 Please consider the environment before printing this email.

# EXHIBIT F

**From:** Nucci, Richard
**Sent:** Tuesday, December 07, 2010 8:27 PM
**To:** Killen, Daniel
**Subject:** Melita Willoughby Comments - October 29th

Dan,

Following a counseling session that Kristen Albis and I held with Melita Willoughby on October 29th, I was conducting post checks of Residential College Officers later that evening. At that time, Melita engaged me in a conversation on York Street in front of Saybrook College. She remained upset over Pate Leonardo, despite our earlier discussion with Human Resources. While we were talking, students had grown loud and boisterous inside Saybrook College. The windows were open and we could clearly hear the sounds of partying and singing occurring.

At that point, a man approached us from Davenport College and crossed York Street to engage us in conversation. He inquired as to whether there were student partying inside of Saybrook College and complained they were loud. Melita responded to him by stating the students were singing and "who are you?" In a confrontational tone. He responded that he had two small children that he was trying to get to sleep and pointed to a room across the street in Davenport College. He then went on to state that he was the Dean of Davenport College. At that point, I intervened since the conversation had become awkward. I went on to introduce myself and stated we would handle the student in Saybrook.

I contacted Saybrook Officer Greg Teel afterwards and asked him to investigate and address as needed.

Regards,

Rich

Richard Nucci, CPP
Supervisor - Guard Operations
Yale University Security
Office:  203-436-9145
Mobile:  203-627-0547

1

# EXHIBIT G

# Memo

**To:**      Daniel Killen

**From:**    Richard Nucci

**Date:**    November 9, 2010

**Re:**      Melita Willoughby - 30 Day Employee Performance Review

---

As of October 11th, Melita Willoughby reached the 30 day milestone as a Residential College Officer and Transit Driver.  Since beginning her Probationary period at Yale, she has been involved in several negative situations that have adversely impacted her performance.

These situations involve an ongoing conflict with fellow Officer Peter Leonardo, an altercation with a student, conflicts with Dispatcher Manuel Rivera, inappropriate behavior towards her supervisors and a two hour time frame where she could not be located while on duty.  These issues have resulted in direct supervisor to employee counseling sessions as well as two formal meetings with myself and Human Resources Generalist Kristen Albis.  A formal letter was also drafted and mailed to Melita reiterating the discussions and outlining clear expectations for her moving forward.

Based on the above mentioned concerns (noted in greater detail under separate and prior correspondence), at this time I would rate Melita's performance as "Less-than-Effective."

1

# EXHIBIT H

# Yale University

University Security Programs
P.O. Box 208006
Quad I
100 Church St South
New Haven, Connecticut

Telephone: 203-436-4393

| | |
|---|---|
| To: | Melita Willoughby |
| From: | Richard Nucci, Supervisor, Guard Operations |
| Date: | 11/11/2010 |
| Subject: | Follow-up to our Meeting on Friday, October 29th |

As a follow-up to our meeting on Friday, October 29th, I am advising you that Kristen Albis and I met with Security Officer Peter Leonardo to address the concerns you expressed during our meeting.

My expectations for both you and Officer Leonardo moving forward are as follows:

- You must treat one another with mutual respect and professionalism at all times.  You must refrain from allowing personal feelings to interfere with work responsibilities.

- You must completely refrain from speaking negatively about one another, with any of your fellow coworkers or other employees at Yale.

- Future allegations of misconduct will be investigated and if neccessary, disciplinary action may occur.

As you agreed, you must focus on your performance to ensure your success as a Security Officer at Yale.

If you have any questions regarding my expectations moving forward, please let me know.

# EXHIBIT I

**From:** Gallipoli, Paul
**Sent:** Saturday, November 20, 2010 4:06 AM
**To:** Ortiz, Francisco; Killen, Daniel; Albis, Kristen
**Subject:** Transit Complaint---Melita Willoughby

On 11/19/2010 at 11:49hrs I, Paul Gallipoli received a call from the Central Alarm Station stating they had to transfer a call to me on my cell phone. The call was transferred to me and I spoke to a Mr. Major Nelson. Major stated that he was driving down York Street when a Security vehicle which was driving on the wrong side of the road cut him off. He stated that the driver was female and the partial plate # was 72?-M??. I told Mr. Nelson I would look into his complaint and asked for a call back number in case I needed to contact him regarding the issue (203-415-9531). I thanked him for the call and apologized for his negative experience regarding the incident. I then called transit and inquired about who had a pick up or drop off in the area during the past 15 minutes. I was told by transit, that Melita Willoughby had a pick up at 35 York street at Approx. 11:32 hrs and that she was driving Vehicle # 20. I looked up the Plate# for vehicle #20 and the numbers are as follows 723-M36. This is the only transit that has the digits 72 at the beginning of the plate # and an M in the same location as stated in the partial plate given by Mr. Nelson. I asked Melita to meet me at 79 Howe at approx. 0115hrs. I stated to Melita that I received a transit complaint and that I was not accusing her of anything, But wanted to ask her if she recalled anything occurring near that location. Melita stated that it did occur. She stated that she had 2 passengers in the vehicle and had to turn left near York and George street. She stated that she pointed to the driver in the truck signaling him that she needed to get over one lane. Melita stated that the male driver looked directly at her and she believed that he acknowledged her that it was ok to proceed left in front of him. Melita said she proceed forward to pull in front of the vehicle, a black SUV and the male driver speed up. The male driver then gave her the middle finger several times and followed her a short distance before turning in a different direction. Melita states that both her passengers can verify her account of what happened. I thanked Melita for her time and ended the conversation.

The passengers in Melita's vehicle were Holly Piccoli (203-278-6161) and Daniel Okin (917-670-3297). I was able to have Transit dispatch look up the passengers names. Due to how late in the evening it was, I did not make contact with the passengers. If needed, I would ask that someone on 1st shift make contact to verify the incident.

I have also attached the original call into the Central Alarm Station, before it was transferred to my cell phone.   See Attachment.

Note: Supervisor Lori Ricks also sat in on the Meeting.

Thank You----PG

Paul Gallipoli
Security Supervisor
Yale University
100 Church Street South
New Haven, CT  06520
Work 203-737-1470
Cell 203-675-8598

 Please consider the environment before printing this email.

# EXHIBIT J

**From:** Gallipoli, Paul
**Sent:** Tuesday, November 30, 2010 12:50 PM
**To:** Killen, Daniel
**Cc:** Albis, Kristen
**Subject:** Willoughby Transit Complaint follow-up

On 11\30\2010 at 12:30pm, I received a call from Major Nelson. Major is the individual who filed the complaint against Melita Willoughby. I asked Major to call me regarding the incident to inquire whether Melita attempted to signal or motion to him in regards to moving over from her lane and proceeding in front of his vehicle.  Major stated to me that the driver did not signal in any way to indicate that she was trying to move over into the lane he was traveling in. I thanked Major for contacting me to answer the question and the call was ended.

Thanks---PG

Paul Gallipoli
Security Supervisor
Yale University
100 Church Street South
New Haven, CT 06520
Work 203-737-1470
Cell 203-675-8598