UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELITA WILLOUGHBY | CIVIL ACTION NO. |
| PLAINTIFF | 3:14CV608 (XH) |
| v. | |
| YALE UNIVERSITY | |
| DEFENDANT | JULY 27, 2015 |

## DEFENDANT'S LOCAL RULE 56(a)(1) STATEMENT

1. The plaintiff was hired by the defendant as a casual employee on October 18, 2008. (Complaint at ¶6; Answer, at ¶ 6.)

2. The plaintiff applied for a full-time position and her application was granted on September 14, 2010. (Answer, at ¶ 10.)

3. On September 24, 2010, a student complained to Supervisor Paul Gallipoli about the plaintiff's conduct while driving the student to her apartment. The student never wanted to be picked up by the plaintiff again. (Exhibit B to the Affidavit of Daniel Killen.)

4. On September 25, 2010, the plaintiff could not be located for a two hour period while on duty. (Exhibit C to the Affidavit of Daniel Killen.)

5. On September 30, 2010, the plaintiff was irate and rude towards Supervisor Richard Nucci over the telephone. During that conversation, the plaintiff stated: "I'm just going to wait until my 90 days are up before blowing the lid on this place." She also accused

Security Officer Peter Leonardo of engaging in "Nazi practices." (Exhibit D to the Affidavit of Daniel Killen.)

6. On October 1, 2010, the plaintiff accused Security Officer Peter Leonardo of "trashing" other people's vehicles. She also accused Director Daniel Killen, Supervisor Francisco Ortiz, Supervisor Richard Nucci, and other supervisors of running a "good old boys club." (Exhibit D to the Affidavit of Daniel Killen.)

7. On October 23, 2010, the plaintiff accused Transit Dispatcher Manny Rivera of intentionally sending her to an incorrect address. Supervisor Paul Gallipoli noted that most contacts with the plaintiff were negative on her part. (Exhibit E to the Affidavit of Daniel Killen.)

8. On October 29, 2010, the plaintiff responded inappropriately to a complaint from the Dean of Davenport College. (Exhibit F to the Affidavit of Daniel Killen.)

9. On November 9, 2010, Richard Nucci completed a 30 Day Employee Performance Review of the plaintiff and rated her performance as "Less-than-Effective." He described several negative situations involving the plaintiff, such as an ongoing conflict with Security Officer Peter Leonardo, an altercation with a student, conflicts with Transit Dispatcher Manual Rivera, inappropriate behavior towards her supervisors, and a two hour time frame where she could not be located while on duty. (Exhibit G to the Affidavit of Daniel Killen.)

10. On November 11, 2010, Supervisor Richard Nucci wrote the plaintiff a letter regarding his expectations as to the plaintiff's future interactions with Security Officer Peter Leonardo. (Exhibit H to the Affidavit of Daniel Killen.)

11. On November 12, 2010, the plaintiff was involved in a motor vehicle accident while on duty, for which she was at fault. (Depo. Melita Willoughby February 10, 2015, at pp. 65-68.)

12. On November 19, 2010, Supervisor Gallipoli received a complaint from a member of the public, Major Nelson, that the plaintiff cut him off while he was driving down York Street. (Exhibit I to the Affidavit of Daniel Killen.)

13. The plaintiff was terminated on December 6, 2010, during her probationary period, based upon the evaluation of her performance as a Security Officer. (Exhibit A to the Affidavit of Daniel Killen.)

　　　　　　　　　　　　　　　　/s/
By:_____ct18777_____
BROCK T. DUBIN (ct18777)
COLLEEN NOONAN DAVIS (ct27773)
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park, Suite 306
741 Boston Post Road
Guilford, CT  06437
Telephone: (203) 458-9168
Fax: (203) 458-4424
Email: bdubin@ddnctlaw.com

**CERTIFICATION**

I hereby certify that on July ___, 2015, a copy of the foregoing Defendant's Local Rule 56(a)(1) Statement was filed electronically and served by mail on anyone unable to accept electronic mail. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                              /s/
                                           BROCK T. DUBIN