UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELITA WILLOUGHBY | : | |
| | : | |
| VS. | : | NO. 3:14cv608(JCH) |
| | : | |
| YALE UNIVERSITY | : | AUGUST 13, 2015 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7(b), the plaintiff, MELITA WILLOUGHBY, respectfully requests an extension of time of thirty (30) days, up to and including September 17, 2015, to respond to defendant's Motion for Summary Judgment filed on July 27, 2015.

In support of this motion, the plaintiff represent as follows:

1. Counsel for the plaintiff is currently responding to several other motions pertaining to discovery matters.

2.	Counsel for the plaintiff is preparing trial memoranda and documents for two mediations scheduled shortly.

3.	Defendant's attorney, Brock Dubin, has been contacted and he has no objection to the request for extension of time.

4.	This is the plaintiff's first request for an extension of time related to this Motion.

5.	No trial date has been set in this matter.

WHEREFORE, the plaintiff respectfully requests the Court grant the Motion for extension of time for the reasons set forth above.

THE PLAINTIFF

BY  /s/ Katrena Engstrom
    Katrena Engstrom (ct09444)
    John R. Williams and Associates, LLC
    51 Elm Street, Suite 409
    New Haven, CT 06510
    203.562.9931
    FAX: 203.776.9494

## **CERTIFICATION**

    I hereby certify that on the date set forth above,  a copy of foregoing  was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

                                                         */s/ Katrena Engstrom*
                                                         Katrena Engstrom