UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELITA WILLOUGHBY | : | NO.: 3:14CV608 (JCH) |
| | : | |
| VS. | : | |
| | : | |
| YALE UNIVERSITY | : | SEPTEMBER 17, 2015 |

### PLAINTIFF'S  NOTICE OF MANUAL FILING

Please take notice that the Plaintiff has manually filed the following exhibit in connection with her Opposition to Defendant's Motion for Summary Judgment:

**Exhibit 9  to Plaintiff's Rule Local Rule 56(a)(2) Statement.**

This is a CD of the tapes generated by the state Commission on Human Rights and Opportunities, 12/20/12.

This exhibit has been manually served on counsel for the defendant.

THE PLAINTIFF

BY:    */s/ Katrena Engstrom*
        KATRENA ENGSTROM (ct09444)
        John R. Williams and Associates, LLC
        51 Elm Street
        New Haven, CT 06510
        203.562.9931
        Fax:  203.776.9494
        Kengstrom@johnrwilliams.com

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


                        */s/ Katrena Engstrom*
                        Katrena Engstrom