UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELITA WILLOUGHBY,<br><br>                Plaintiff,<br><br>    v.<br><br>YALE UNIVERSITY,<br><br>                Defendant. | Case No.:  3:14-cv-00608 (JCH)<br><br><br><br><br><br><br><br>January 22, 2016 |

### REQUEST FOR CONTINUANCE

Defendant Yale University ("Yale") respectfully requests a continuance of the Civil Call of the Calendar scheduled for 3:00 p.m. on January 25, 2016.  Good cause exists to grant this request for the following reasons:

1.      On Thursday, January 21, 2016, the Court issued an electronic Order and Notice to Counsel requiring the parties' respective trial counsel to appear for the next Civil Call of the Calendar scheduled for 3:00 p.m. on Monday, January 25, 2016.  (See Doc. No. 43.)

2.      Yale's undersigned trial counsel is presently out-of-state on vacation through and including Tuesday, January 26, 2016.

3.      The undersigned's office has inquired of Plaintiff Melita Willoughby's counsel, Attorney Katrena Engstrom, and she consents to the requested continuance.

4.      The parties' respective trial counsel are available for a rescheduled Civil Call of the Calendar on the following dates and times:

        a.      Wednesday, January 27, 2016 after 12:00 p.m.;
        b.      Thursday, January 28, 2016 before 12:00 p.m.;
        c.      Monday, February 15, 2016 between 9:00 a.m. and 5:00 p.m.;
        d.      Tuesday, February 16, 2016 between 9:00 a.m. and 5:00 p.m.; and
        e.      Wednesday, February 17, 2016 between 9:00 a.m. and 5:00 p.m.

5. This is Yale's first request for a continuance of the Civil Call of the Calendar.

6. Neither party to this action will be prejudiced by requested continuance.

7. This action has not yet been scheduled for trial.

WHEREFORE, Yale respectfully requests that the Court continue the Civil Call of the Calendar, presently scheduled for 3:00 p.m. on January 25, 2016, to one of the dates and times listed above or at the Court's discretion.

Respectfully submitted,

DONAHUE, DURHAM & NOONAN, P.C.

By: /s/ Brock T. Dubin
Brock T. Dubin (ct18777)
741 Boston Post Road
Guilford, Connecticut 06437
Tel: (203) 458-9168
Fax: (203) 458-4424
Email: bdubin@ddnctlaw.com

*Attorneys for Defendant Yale University*

## CERTIFICATION

   I hereby certify that on January 22, 2016, a copy of foregoing Request for Continuance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

            /s/ Brock T. Dubin
            Brock T. Dubin (ct18777)
            DONAHUE, DURHAM & NOONAN, P.C.
            741 Boston Post Road
            Guilford, Connecticut 06437
            Tel: (203) 458-9168
            Fax: (203) 458-4424
            Email: bdubin@ddnctlaw.com