UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MELITA WILLOUGHBY :

: NO: 3:14-cv-608 (XH)

v. :

:

YALE UNIVERSITY : APRIL 19, 2016

CONSENT FORM

The defendant, YALE UNIVERSITY, hereby consents to have a United States Magistrate Judge hear the application and to administer the allocution pursuant to F.R. Crim. P., Rule 11.

CONSENTED TO:

DEFENDANT: | Yale University |

ATTORNEY FOR DEFENDANT: | Brock T. Dubin, Esq. Donahue, Durham & Noonan, P.C. |

Date

April 19, 2016
Date

UNITED STATES ATTORNEY
BY A.U.S.A.:

Date

Rev. 5/3/2011