UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELITA WILLOUGHBY | : | |
| | : | |
| VS. | : | NO. 3:14cv608(JCH) |
| | : | |
| YALE UNIVERSITY | : | JUNE 3 , 2016 |

**PLAINTIFF'S REVISED TRIAL WITNESS LIST**

The plaintiff, Melita Willoughby, intends to call the following witnesses at trial commencing on June 20, 2016:

**Melita Willoughby**

**Francisco Ortiz**

**Dan Killen**

**Tom Helland**

**Richard Nucci**

**Paul Gallipoli**

**Paul Sarno**

**Peter Leonardo**

**William Abbott**

**Millicent Bowens**

1

**Arthur Willoughby**

                                      THE PLAINTIFF

                          BY:           /s/        (ct28819)
                                ROSE LONGO-McLEAN (ct00215)
                                51 Elm Street
                                New Haven, CT 06510
                                203-562-9931
                                Fax:  203-776-9494
                                r.l.mclean@johnrwilliams.com
                                Her Attorney

<u>CERTIFICATION OF SERVICE</u>

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                          /s/
                                ROSE LONGO-McLEAN