UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELITA WILLOUGHBY | : | NO.: 3:14CV608 (JCH) |
| | : | |
| VS. | : | |
| | : | |
| YALE UNIVERSITY | : | JUNE 13, 2016 |

**PLAINTIFF'S MOTION IN LIMINE RE: PRIOR LAWSUIT**

The plaintiff, Melita Willoughby, requests that defendant YALE UNIVERSITY be precluded from referring to a lawsuit or settlement filed by the plaintiff in 1997 against Metro-North at the trial commencing June 20, 2016 other than to state or elicit testimony that she has filed one lawsuit in the past in federal court.

The Metro North lawsuit resulted in a confidential settlement and should not be the subject of questions by defendant's counsel or a topic for general comment in his opening or closing arguments. The case concerned matters which occurred prior to 1997; it is remote in time and irrelevant to plaintiff's action here. It is also possible that questions concerning the case could unfairly prejudice the plaintiff, since the defendant may attempt to use it as character

1

evidence in order to cast the plaintiff in a negative light. (Fed. Rules of Evid. §402, 403) The legal and factual bases of the two lawsuits are dissimilar.

The defendant may also want to demonstrate that Ms. Willoughby is a litigious plaintiff; it is well settled that it is improper for a court to admit evidence of prior lawsuits for the purpose of demonstrating that a plaintiff is a chronic litigant. Outley v. City of New York, 837 F.2d 587, 591-3 (2d Cir. 1998).

WHEREFORE, for the reasons set forth above, the plaintiff respectfully requests that defendant's counsel be precluded from this line of inquiry.

THE PLAINTIFF

BY: /s/ Katrena Engstrom
KATRENA ENGSTROM (ct09444)
51 Elm Street
New Haven, CT 06510
203-562-9931
Fax: 203-776-9494
Kengstrom@johnrwilliams.com
Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                    /s/   *Katrena Engstrom*
                                KATRENA ENGSTROM