UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELITA WILLOUGHBY | : | NO.: 3:14CV608 (JCH) |
| | : | |
| VS. | : | |
| | : | |
| YALE UNIVERSITY | : | JUNE 18, 2016 |

### PLAINTIFF'S PROPOSED VERDICT FORM

\_\_\_\_\_1.   Do you find that the plaintiff made complaints to the defendant concerning a hostile work environment or sexual harassment?

YES_____          NO _____

2.   Do you find that the defendant Yale University was aware that the plaintiff made complaints concerning a hostile work environment or sexual harassment?

YES_____NO_____

1

3.  Do you find that the defendant's action to terminate the plaintiff would not have occurred in the absence of the plaintiff's complaints about a hostile work environment or sexual harassment?

YES_____          NO_____

_____If you have answered NO to any of the questions 1 - 3, then you must render a verdict for the defendant. If you have answered YES to all of the questions 1 - 3, proceed to the section below.

Economic Damages: (Stipulated by parties)   $89,293.00

Award of Damages for emotional distress:   _____

Award of Punitive Damages:   _____

THE PLAINTIFF

BY:     */s/ Katrena Engstrom*
    KATRENA ENGSTROM (ct09444)
    ROSE LONGO-MCLEAN (ct28819)
    51 Elm Street
    New Haven, CT 06510
    203-562-9931
    Fax: 203-776-9494
    Kengstrom@johnrwilliams.com

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    */s/ Katrena Engstrom*
    KATRENA ENGSTROM