UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MELITA WILLOUGHBY | : | CIVIL ACTION NO. |
| | : | 3:14CV608 (XH) |
| PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
| DEFENDANT | : | |
| | : | JUNE 20, 2016 |

**DEFENDANT'S PROPOSED INTERROGATORIES TO THE JURY**

These questions should be completed by you before reaching a general verdict. The answers should be completed on this form in writing by the foreperson. Just as the jury must be unanimous in reaching its verdict, so also you must be unanimous in your answers to each of these questions. Questions must be answered in the order in which they are listed.

**I.  Retaliation in Violation of Title VII**

1. Did the plaintiff prove by a preponderance of the evidence that she engaged in a protected activity?

    YES_____     NO_____

If you have answered no, then you must render a verdict for the defendant. If you have answered yes, then proceed to question 2.

2. Did the plaintiff prove by the preponderance of the evidence that the defendant knew of the protected activity?

   YES\_\_\_\_\_       NO\_\_\_\_\_

If you have answered no, then you must render a verdict for the defendant. If you have answered yes, then proceed to question 3.

3. Did the plaintiff prove by a preponderance of the evidence a causal connection between the protected activity and the adverse employment action?

   YES\_\_\_\_\_       NO\_\_\_\_\_

If you have answered no, then you must render a verdict for the defendant. If you have answered yes, then proceed to question 4.

4. Did the defendant articulated a legitimate, non-discriminatory reason for its actions in connection with the plaintiff's separation from his employment?

   YES\_\_\_\_\_       NO\_\_\_\_\_

Proceed to question 5.

5. Did the plaintiff prove by a preponderance of the evidence that the defendant's proffered reason for her termination was pretextual and that the defendant intended to retaliate against her?

   YES\_\_\_\_\_       NO\_\_\_\_\_

If you have answered no, then you must render a verdict for the defendant. If you have answered yes, then proceed to question 6.

6. Did the plaintiff prove by a preponderance of the evidence that she would not have been terminated in the absence of an intention to retaliate on the part of the defendant?

          YES_____          NO_____

If you have answered no, then you must render a verdict for the defendant. If you have answered yes, then proceed to Section II.

## II. **Damages**

### A. **Economic Damages**

1. Did the plaintiff prove by a preponderance of the evidence that she suffered economic damages as a result of the defendant's conduct?

          YES_____          NO_____

If you have answered no, then you may not award any economic damages. If you have answered yes, then proceed to question 2.

2. State the amount of economic damages proven by the plaintiff.

$_____

Proceed to Section IIB.

### B. **Non-Economic Damages**

1.  Did the plaintiff prove by a preponderance of the evidence that she suffered non-economic damages as a result of the defendant's conduct?

    YES_____          NO_____

    If you have answered no, then you may not award any non-economic damages. If you have answered yes, then proceed to question 2.

2.  State the amount of non-economic damages prove by the plaintiff.

    $_____

Proceed to Section IIC.

### C. **Punitive Damages**

1.  Did the plaintiff prove by a preponderance of the evidence that the defendant acted with malice, willfulness, or reckless disregard of the rights afforded to the plaintiff under Title VII when it terminated her employment?

    YES_____          NO_____

    If you have answered no, then you may not award any punitive damages. If you have answered yes, then proceed to question 2.

2.  State the amount of punitive damages to be awarded to the plaintiff.

    $_____

        DEFENDANT
        YALE  UNIVERSITY


By:         /s/
     BROCK T. DUBIN – CT18777
     Donahue, Durham & Noonan, P.C.
     Concept Park, Suite 306
     741 Boston Post Road
     Guilford, CT   06437
     Telephone:  (203) 458-9168
     Fax:  (203) 458-4424
     Email:  bdubin@ddnctlaw.com

## **CERTIFICATION**

I hereby certify that, on the above written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic mail. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
BROCK T. DUBIN