Civil-Trial (3/7/2011)

HONORABLE: Janet C. Hall

DEPUTY CLERK Diahann Lewis       RPTR/ECRO/TAPE Terri Fidanza

TOTAL TIME: ____ hours  10 minutes

DATE: 6/23/2016    START TIME: 10:20    END TIME: 10:30

LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:14cv608 (JCH)

Willoughby                                                     Engstrom/Long-Mclean
                                                               Plaintiff's Counsel
              vs
Yale University                                                Dubin
                                                               Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- ☑ .......... Jury of __8__ reported.  ☐ Jury sworn
- ☐ .......... Juror # _____ excused.
- ☑ .......... Jury Trial held   ☐ Jury Trial continued until _____ at _____
- ☐ ..........  ☐ Court Trial begun  ☐ Court Trial held  ☐ Court Trial continued until _____
- ☐ .......... Court Trial concluded  ☐ DECISION RESERVED
- ☐ ....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ ....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ ....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ ....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ ...... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ ...... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ ...... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ ...... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ ...... _____  ☐ filed ☐ docketed
- ☐ ...... _____  ☐ filed ☐ docketed
- ☐ ...... _____  ☐ filed ☐ docketed
- ☐ ...... _____  ☐ filed ☐ docketed
- ☐ ...... _____  ☐ filed ☐ docketed
- ☐ .......... Plaintiff(s) rests   ☐ Defendant(s) rests
- ☐ .......... Briefs(s) due  ☐ Pltf _____  ☐ Deft _____  ☐ Reply _____
- ☐ .......... ☐ Summations held  ☐ Court's Charge to the Jury
- ☐ .......... All full exhibits, ☐ Verdict form, ☐ Interrogatories to the jury handed to jury
- ☑ .......... Jury commences deliberations at 9:20
- ☐ .......... Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- ☑ .......... SEE page 2 for verdict
- ☑ .......... COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐......... Court declares MISTRIAL

☑......... Verdict Form filed

☑......... VERDICT: in favor of Defendant

☑......... Court accepts verdict and orders verdict verified and recorded

☐......... Jury Polled

## MISCELLANEOUS PROCEEDINGS