# United States District Court

DISTRICT OF **Connecticut**

**Willoughby v. Yale University**

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:14cv608 (JCH)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Janet C. Hall, USDJ | Engstrom / Longo-McLean | Dubin |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/23/16 | T. Fidanza | D. Lewis |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/23/16 | | | Court Exhibit #1 - Jury Note |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages