UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELITA WILLOUGHBY,<br>        Plaintiff, | CIVIL ACTION NO.<br>14-CV-608 (JCH) |
| v. | |
| YALE UNIVERSITY,<br>        Defendant. | JUNE 22, 2016 |

## VERDICT FORM

### Liability

(1)   Has Melita Willoughby proven by a preponderance of the evidence her Title VII retaliation claim against Yale University?

YES _____     NO __✓__

*If YES, please continue to Questions 2 and 3.  If NO, skip Question 2 and have the Foreperson sign the Verdict Form.*

### Damages

(2)   Compensatory Damages

What amount of compensatory damages has Ms. Willoughby proven were proximately caused by Yale University?

Economic Damage: $ _____

Non-Economic Damages (for emotional distress): $ _____

(3)     Punitive Damages

(a)     Do you find that any of Yale University's acts that violated Ms. Willoughby's rights under Title VII were done with malice or reckless indifference to Ms. Willoughby's rights?

YES _____     NO _____

*If you answered YES to Question 3(a), answer Question 3(b). If you answered NO to Question 3(a), skip question 3(b) and have the Foreperson sign the Verdict Form.*

(b)     What amount of punitive damages do you award to Ms. Willoughby against Yale University?

$ _____

*You have now completed the Verdict Form. Please have your Foreperson sign and date below.*

/s/ _____
FOREPERSON

Dated at New Haven, Connecticut, on this  23rd  day of June, 2016.