# United States District Court

DISTRICT OF **Connecticut**

**Willoughby v. Yale University**

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:14cv608(JCH)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Janet C. Hall, U.S.D.J. | Longo-Mclean/Engstrom | Dubin |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/20 | T. Fidanza | D. Lewis |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 6/20/16 |  |  | Francisco Ortiz, Sorento, Florida |
| ✓3 |  | 6/20/16 | x | x | Email from Lauralee Field dated 6/22/10 |
| ✓5 |  | 6/20/16 | x | x | Emails dated 10/3/10 |
| ✓16 |  | 6/20/16 | x | x | Email from Paul Gallipoli dated 9/25/10 |
| ✓8 |  | 6/20/16 | x | x | 11/12/10 Police Report |
| ✓10 |  | 6/20/16 | x | x | Email dated 11/20/10 re driving complaint |
| ✓9 |  | 6/20/16 | x | x | plaintiff statement dated 11/12/10 |
|  |  | 6/20/16 |  |  | Daniel Killen, New Haven, Connecticut |
| ✓2 |  | 6/20/16 | x | x | Certification |
| ✓6 |  | 6/20/16 | x | x | 10/6/10 email from Nucci to Killen |
| ✓18 |  | 6/20/16 | x | x | email dated 10/8/10 |
| ✓24 |  | 6/20/16 | x | x | email dated 11/11/10 |
| ✓11 |  | 6/20/16 | x | x | email dated 11/30/10 |
|  |  | 6/20/16 |  |  | Paul Gallipoli, New Haven, CT |
| ✓7 |  | 6/20/16 | x | x | email dated 10/29/10 |
|  |  | 6/20/16 |  |  | Richard Nucci, New Haven, CT |
| ✓20 |  | 6/20/16 | x | x | Memo dated 11/9/10 |
| ✓28 |  | 6/20/16 | ID/Full | | Email dated 12/7/10 |
| ✓22 |  | 6/21/16 | x | x | Memo dated 11/11/10 re Future Expectations |
| ✓23 |  | 6/21/16 | x | x | Memo dated 11/11/10 re future concerns |
|  |  | 6/21/16 |  |  | Mellita Willoughby, Bethany, CT |
| ✓14 |  | 6/21/16 | x | x | W-2 from 2009-'2014 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

**Willoughby** vs. **Yale University**     CASE NO. **3:14cv608(JCH)**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 41 | 6/21/16 | x | ID | Volume I Deposition |
|  | 42 | 6/21/16 | x | ID | Volume II Deposition |
| ✓4 |  | 6/21/16 | x | x | Offer Letter – Notice of Employment |
|  |  | 6/22/16 |  |  | Arthur Willoughby, Bethany, CT. |
|  |  | 6/22/16 |  |  | Peter Leonardo, New Haven, CT. |
|  |  | 6/22/16 |  |  | Millicent Bavens, Bethany, CT. |
|  |  | 6/22/16 |  |  | Kristen Maloney, New Haven, CT. |
|  | ✓30 | 6/22/16 | x | x | Probation Policy – Yale Policies + Procedures. |
|  | ✓29 | 6/22/16 | x | x | Email dated 12/4/10 re Audio Review. |
| ✓17 |  | 6/22/16 | x | x | Kristen Albis' handwritten notes dated 10/7/10 |
| 25 |  | 6/22/16 |  | ID | Kristen Albis handwritten notes. |
| ✓26 |  | 6/22/16 | x | x | Yale Risk Man. Notice of Loss. |
| ✓12 |  | 6/22/16 | x | x | Letter dated 12/6/10 terminating employment |
| ✓15 |  | 6/22/16 | x | x | Tax Return 2011. |

Page ____ of ____ Pages