UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MELITA WILLOUGHBY

v.  3:14CV608(JCH)

YALE UNIVERSITY

## JUDGMENT

This matter came on for trial before a jury and the Honorable Janet C. Hall, United States District Judge. On June 23, 2016, after deliberation, the jury returned a verdict in favor of the defendant, Yale University, against plaintiff, Melita Willoughby.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendant, Yale University, against plaintiff, Melita Willoughby, and the case is closed.

Dated at New Haven, Connecticut, this 23rd day of June, 2016.

ROBIN D. TABORA, Clerk

By /s/ Diahann Lewis
Deputy Clerk

Entered on Docket 6/23/2016