

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 450 Main Street<br>Hartford, CT 06103<br>Phone: 860.240.3200<br>Fax: 860.240.3211 | 141 Church Street<br>New Haven, CT 06510<br>Phone: 203.773.2140<br>Fax: 203.773.2334 | 915 Lafayette Boulevard<br>Bridgeport, CT 06604<br>Phone: 203.579.5861<br>Fax: 203.579.5867 |

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

July 13, 2016

Katrena K. Engstrom
John R. Williams and Associates, LLP
51 Elm St.
Ste. 409
New Haven, CT 06510

Dear Attorney **Engstrom**:

RE:   Case Name: Willoughby v. Yale University
      Case Number:   3:14-cv-00608-JCH

As the above matter has concluded in this court:

The Joint Exhibit(s) is/are too bulky to send through the mail.

Please call the undersigned, between the hours of 8:00 A.M. and 3:00 P.M. to arrange for the Exhibit(s) to be picked up.

If they are not picked up by 7/18/2016, they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

Sincerely,

ROBIN D. TABORA, CLERK


By _____/s/_____
       Diahann Lewis
       Deputy Clerk


ACKNOWLEDGEMENT: _____       DATE: _____